# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAUSTINO XAVIER BETANCOURT-COLON<br><br>    Plaintiff<br><br>    Vs.<br><br>PLAZA CAPARRA LLC, D/B/A<br>PLAZA CAPARRA;<br>SUPERMERCADOS MAXIMO, INC.<br>FULANOS DE TAL 1-100<br><br>    Defendants | CIVIL NO. 2021-01342 |

## MOTION FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS

**TO THE HONORABLE COURT:**

The appearing Defendant Supermercados Maximo, Inc. (hereinafter "SuperMax") through the undersigned attorney respectfully pleads and prays as follows:

1. On this same date, SuperMax filed a Notice of Removal.

2. In support thereof, SuperMax attached thereto certain documents in the Spanish language, marked as Exhibits 1 and 2.

3. SuperMax respectfully requests that this Honorable Court accepts the Spanish language documents, marked as Exhibits 1 and 2 of its Notice of Removal, pending submission of their certified translations.

**WHEREFORE**, SuperMax respectfully requests this Honorable Court to accept the Spanish language documents, marked as Exhibits 1 and 2 of its Notice to Removal, pending submission of their certified translations.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 26 day of July 2021.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Raquel M. Dulzaides*
USDC-PR No. 201406

Jiménez, Graffam & Lausell
*Attorneys for Defendant*
*Supermercados Maximo, Inc.*
PO Box 366104
San Juan, PR 00936-6104
Tel. 787-767-1030 / Fax 787-751-4068